UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHERYL GREEN, individually and derivatively,**

      Plaintiff,

Case No. 3:18-cv-02393-TKW-HTC

v.

**MALINDA FIVEASH, HKD PROPERTIES, INC., a Florida Corporation, and HILL-KELLY DODGE, INC., a Florida Corporation,**

      Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CHERYL GREEN and Defendants, MALINDA FIVEASH, HKD PROPERTIES, INC. and HILL-KELLY DODGE, INC. (collectively the "Parties") notify the Court that a settlement has been reached in this matter. The Parties anticipate the settlement will finalized within the next 60 days and shortly thereafter, the Parties will submit a stipulation for dismissal of this action, with each party to bear their own fees and costs. In the event the settlement is not concluded within 60 days, the Parties will notify the Court with their expected timetable to either finalize the settlement or withdraw this *Notice*.

Respectfully submitted this 11th day of December, 2019.

*s/ T. Julian Motes*
T. Julian Motes (Admitted *Pro Hac Vice*)
Kathryn I. Kasper, Florida Bar No. 0621188
**Sirote & Permutt, PC**
One St. Louis Centre, Suite 1000
Post Office Drawer 2025
Mobile, AL 36652-2025
Telephone:  (251) 432-1671
Facsimile:   (251) 434-0196
jmotes@sirote.com
kkasper@sirote.com
*Attorneys for Defendant Hill-Kelly Dodge, Inc.*


*s/ Michael H. Moody*
Michael H. Moody, Florida Bar No. 66471
Michael H. Moody Law, P.A.
P.O. Box 4363
Tallahassee, FL  32315
Telephone: (850) 274-2615
michael.moody@michaelhmoodylaw.com
*Attorney for Plaintiff Cheryl Green*


*s/ Todd M. LaDouceur*
Todd M. LaDouceur, Florida Bar No. 064051
Matthew A. Smith, Florida Bar No. 114270
Galloway, Johnson, Tompkins,
 Burr & Smith, P.L.C.
118 East Garden Street
Pensacola, FL  32502
Telephone:  (850) 436-7000
Facsimile:  (850) 436-7099
TLaDouceur@gallowaylawfirm.com
MASmith@gallowaylawfirm.com
tmlservice@gallowylawfirm.com
*Attorneys for Defendants, Malinda Fiveash and HKD Properties, Inc*.