## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**CHERYL GREEN,** individually and derivatively on behalf of Hill-Kelly Dodge, Inc.,

    **Plaintiff,**

v.                                                                      Case No. 3:18cv2393-TKW-HTC

**MALINDA FIVEASH, HKD PROPERTIES, INC.,** and **HILL-KELLY DODGE, INC.,**

    **Defendants.**
_____/

## ORDER

Upon due consideration of the mediator's report (Docs. 115, 118), the joint notice of settlement (Doc. 116), and the joint motion to approve settlement agreement (Doc. 117), is it

**ORDERED** that:

1. The joint motion to approve settlement agreement (Doc. 117) is **GRANTED**, and the settlement agreement attached to the motion is approved and the parties shall comply with its terms.

2. The Clerk shall maintain the joint motion to approve settlement agreement and the settlement agreement attached to the motion under seal.

3. The parties shall file a joint status report 60 days from the date of this Order if a stipulation of dismissal has not been filed by that date.

**DONE and ORDERED** this 13th day of December, 2019.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**