UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHERYL GREEN, individually and derivatively,**

    Plaintiff,

v.

**MALINDA FIVEASH, HKD PROPERTIES, INC., a Florida Corporation, and HILL-KELLY DODGE, INC., a Florida Corporation,**

    Defendants.

Case No. 3:18-cv-02393-TKW-HTC

## JOINT STIPULATION OF DISMISSAL

COME NOW, Cheryl Green, Plaintiff in the above-styled and numbered cause, and Malinda Fiveash, HKD Properties, Inc. and Hill-Kelly Dodge, Inc. ("Defendants") the same being all of the parties joined in this proceeding, and pursuant to Rule 41(a)(1)(A)(ii) of the *Fed.R.Civ.P.* hereby stipulate by and through their respective counsel of record that the settlement of these claims previously approved by the Court pursuant to *Fed.R.Civ.P.* Rule 23.1(c) (Doc. No. 119) has been completed and that the claims in this action are due to be dismissed, <u>with prejudice</u>, each party to bear her or its own costs and attorneys' fees.

Dated this 11th day of February, 2020.

                          Respectfully submitted,

                          */s/Michael H. Moody (by consent)*
                          Michael H. Moody, Florida Bar # 66471
                          ***Attorney for Plaintiff Cheryl Green***

OF COUNSEL:

Michael H. Moody Law, P.A.
1881A Northwood Center Boulevard
Tallahassee, FL  32303
Telephone: (850) 274-2615
michael.moody@michaelhmoodylaw.com

                          */s/Todd M. LaDouceur  (by consent)*
                          Todd M. LaDouceur, Florida Bar # 064051
                          Matthew A. Smith, Florida Bar # 114270
                          ***Attorneys for Defendants, Malinda Fiveash and HKD Properties, Inc.***

OF COUNSEL:

Galloway, Johnson, Tompkins,
     Burr & Smith, P.L.C.
118 East Garden Street
Pensacola, FL  32502
Telephone:  (850) 436-7000
Facsimile:  (850) 436-7099
TLaDouceur@gallowaylawfirm.com
MASmith@gallowaylawfirm.com

                          */s/T. Julian Motes*
                          T. Julian Motes (Admitted *Pro Hac Vice*)
                          Kathryn I. Kasper, Florida Bar # 0621188
                          ***Attorneys for Defendant Hill Kelly Dodge, Inc.***

<u>OF COUNSEL</u>:

Sirote & Permutt, PC
One St. Louis Centre, Suite 1000
Post Office Drawer 2025
Mobile, AL 36652-2025
Telephone:  (251) 432-1671
Facsimile:   (251) 434-0196
jmotes@sirote.com

and

Sirote & Permutt, P.C.
1201 S. Orlando Avenue, Suite 430
Winter Park, FL  32790
Telephone:  (850) 462-1510
Facsimile:   (850) 462-1599
kkasper@sirote.com