UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHERYL GREEN**, individually
and derivatively on behalf of
Hill-Kelly Dodge, Inc.,

    **Plaintiff,**

v.                                Case No. 3:18cv2393-TKW-HTC

**MALINDA FIVEASH** and **HKD PROPERTIES, INC.**,

    **Defendants.**

_____/

## ORDER

Based on the joint stipulation of dismissal with prejudice (Doc. 121), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the file.

**DONE and ORDERED** this 11th day of February, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**